BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00231-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR THE GOVERNMENT TO FILE ITS RESPONSE TO THE DEFENDANT'S MOTION TO SUPPRESS |
| v. | |
| MATTHEW MCKENRY, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Ann McGlenon, attorney for the defendant, that the government's response to the defendant's motion to suppress be extended from December 18, 2015 to December 28, 2015. There is no request to adjust defendant's reply date of January 8, 2016 or the hearing date of January 19, 2016.

Dated: December 17, 2015                    Respectfully submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

                                    By      /s/ Kimberly A. Sanchez
                                            KIMBERLY A. SANCHEZ
                                            Assistant U.S. Attorney

Dated: December 17, 2015                    /s/ Ann McGlenon
                                            ANN McGLENON
                                            Attorney for Defendant

///

///

Motion Hearing Stipulation                  1

**ORDER**

The government's response to the defendant's motion to suppress is extended from December 18, 2015 to December 28, 2015.  Defendant's reply date of January 8, 2016 and the hearing date of January 19, 2016, remain unchanged.

IT IS SO ORDERED.

Dated:   **December 18, 2015**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE