Rena M. Harrison, #330925
Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, Matthew McKenry

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>MATTHEW MCKENRY,<br><br>Defendant. | Case No.: 1:15-cr-00231-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE CURRENTLY SET FOR AUGUST 3, 2022 TO OCTOBER 5, 2022**<br><br>Courtroom: 7<br>Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between Rena M. Harrison, the attorney for defendant MATTHEW MCKENRY, and Laurel Montoya, Assistant United States Attorney, that the status conference hearing set for August 3, 2022 at 1:00 p.m. be continued to October 5, 2022 at 1:00 p.m.

This stipulation is based on good cause. Mr. McKenry was recently removed from COVID quarantine at Fresno County Jail. He was not tested but is asymptomatic. Continuance by stipulation reduces the risk of transmission to court staff of COVID from Fresno County Jail.

The stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

//

//

1

IT IS SO STIPULATED.

Dated:  July 29, 2022                                      /s/ Rena M. Harrison
                                                           RENA M. HARRISON
                                                           Attorney for Matthew McKenry

Dated:  July 29, 2022                                      /s/Laurel Montoya
                                                           LAUREL MONTOYA
                                                           Assistant United States Attorney

### ORDER

The Court has reviewed and considered the stipulation of the parties to continue the status conference in this case.  Good cause appearing, the status conference as to the above-named defendant currently scheduled for August 3, 2022 is continued until October 5, 2022 at 2:00 p.m., before the duty magistrate judge.

IT IS SO ORDERED.

Dated:  **August 1, 2022**                                 /s/ Erica P. Grosjean
                                                           UNITED STATES MAGISTRATE JUDGE