PHILLIP A. TALBERT
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00231-ADA-BAM |
| Plaintiff, | STIPULATION CONTINUING STATUS CONFERENCE; ORDER |
| v. | DATE: December 14, 2022 |
| MATTHEW MCKENRY, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Sheila K. Oberto |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on December 14, 2022.

2. By this stipulation, defendant now moves to continue the status conference until February 13, 2023.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case, a police report documenting the incident, has been provided by Probation.

    b) Counsel for defendant wishes additional time to investigate the matter and negotiate a resolution. The doctor evaluating McKenry has very recently requested additional records from defense counsel. These records have been requested but not yet received.

c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a timelier resolution.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 12, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

Dated:  December 12, 2022

/s/ RENA HARRISON
RENA HARRISON
Counsel for Defendant
Matthew McKenry

**ORDER**

IT IS SO ORDERED.

DATED: 12/12/2022

*Sheila K. Oberto*
THE HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE