Rena M. Harrison, #330925
Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, Matthew McKenry

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>MATTHEW MCKENRY,<br><br>　　　　Defendant. | Case No.: 1:15-cr-00231-DAD-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE THE STATUS CONFERENCE CURRENTLY SET FOR MARCH 13, 2023 TO MAY 8, 2023**<br><br>Courtroom: TBD<br>Duty Magistrate |

　　　　IT IS HEREBY STIPULATED by and between Rena M. Harrison, the attorney for defendant MATTHEW MCKENRY, and Laurel Montoya, Assistant United States Attorney, that the status conference hearing set for March 13, 2023 at 2:00 p.m. be continued to May 8, 2023 at 2:00 p.m.

　　　　This stipulation is based on good cause. Mr. McKenry was recently assessed by an expert and defense counsel has not yet received the report. Defense counsel has been in contact with their expert who has requested additional time to finalize the report.

　　　　The stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

//

//

1

IT IS SO STIPULATED.

Dated:  March 8, 2023 /s/ Rena M. Harrison
RENA M. HARRISON
Attorney for Matthew McKenry

Dated:  March 8, 2023 /s/Laurel Montoya
LAUREL MONTOYA
Assistant United States Attorney

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the status conference in this case.  Good cause appearing, the status conference as to the above-named defendant currently scheduled for March 13, 2023 is continued until **May 8, 2023 at 2:00 p.m., before Magistrate Judge Erica P. Grosjean**.

IT IS SO ORDERED.

Dated:  **March 10, 2023**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE