PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MATTHEW MCKENRY, <br><br> Defendant. | CASE NO. 1:15-CR-00231-NODJ-BAM <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 24, 2024.

2. By this stipulation, the parties now move to continue the status conference to March 12, 2024.

3. No exclusion of time is required under the Speedy Trial Act as this matter involves a violation of supervised release.

IT IS SO STIPULATED.

1

| | |
|---|---|
| Dated: January 22, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| | |
| Dated: January 22, 2024 | /s/ ADILENE FLORES<br>ADILENE FLORES<br>Counsel for Defendant<br>MATTHEW MCKENRY |

## **ORDER**

IT IS ORDERED that the status conference set for January 24, 2024, at 2:00 p.m. is continued and is set for **March 12, 2024, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:   **January 22, 2024**              /s/ Barbara A. McAuliffe
                                    UNITED STATES MAGISTRATE JUDGE

2