PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW MCKENRY,<br><br>Defendant. | CASE NOS. 1:24-CR-00067-NODJ-BAM<br>1:15-CR-00231-ADA BAM<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the supervised release violation in case 1:15-CR-00231-ADA BAM was set for status on May 9, 2024.

2. By this stipulation, the parties now move to vacate the status conference and set an admission hearing on April 29, 2024.

3. Additionally, on April 3, 2024, the government filed an Information (1:24-CR-00067-NODJ-BAM) charging the defendant with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). The parties now move to set an arraignment and a guilty plea hearing on the Information on April 29, 2024.

4. No exclusion of time is required under the Speedy Trial Act as this matter involves a violation of supervised release and the defendant has not yet been arraigned on the Information.

IT IS SO STIPULATED.

Dated:  April 3, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated:  April 3, 2024

/s/ JEFF HAMMERSCHMIDT
JEFF HAMMERSCHMIDT
Counsel for Defendant
MATTHEW MCKENRY

## ORDER

IT IS ORDERED that the status conference set for May 9, 2024, be vacated and an admission hearing on 1:15-CR-00231-ADA BAM be set for April 29, 2024, at 8:30 am before NODJ.

IT IS FURTHER ORDERED that an arraignment and a guilty plea hearing be set on the Information in case 1:24-CR-00067-NODJ-BAM on April 29, 2024, at 8:30 am before NODJ.

IT IS SO ORDERED.

Dated:   **April 3, 2024**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE