PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW MCKENRY,<br><br>Defendant. | CASE NO. 1:24-cr-00067-NODJ-BAM<br><br>CASE NO. 1:15-cr-00231-ADA-BAM<br><br>**STIPULATION CONTINUING SENTENCING** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the supervised release violation in case 1:15-CR-00231-JLT and the sentencing hearing in 1:24-CR-00067-NODJ-BAM was set for sentencing on August 12, 2024.

2. By this stipulation, the parties now move to continuing sentencing to September 9, 2024.

3. The parties need additional time to research and consider the impact, if any, of *United States v. Duarte*, 101 F.4th 657 (9th Cir. 2024), on this case.

4. No exclusion of time is required under the Speedy Trial Act as this matter involves a violation of supervised release and the defendant has not yet been arraigned on the Information.

IT IS SO STIPULATED.

Dated: July 16, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney

Dated: July 16, 2024

/s/ JEFF HAMMERSCHMIDT
JEFF HAMMERSCHMIDT
Counsel for Defendant
MATTHEW MCKENRY

## ORDER

IT IS ORDERED that the sentencing hearings on 1:24-cr-00067-NODJ-BAM and 1:15-cr-00231-ADA-BAM be **CONTINUED** to **September 09, 2024**.

Dated: July 17, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE