Jeffrey T. Hammerschmidt, #131113
**HAMMERSCHMIDT LAW CORPORATION**
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, MATTHEW MCKENRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MATTHEW MCKENRY,<br><br>　　　　　Defendant | Case No.: 1:24-CR-00067-NODJ-BAM<br><br>Case No.: 1:15-CR-00231-ADA-BAM<br><br>**STIPULATION CONTINUING SENTENCING** |

　　　　Defendant Matthew McKenry, by and through his counsel of record, Jeffrey T. Hammerschmidt, and Plaintiff United States of America, by and through its counsel of record, hereby stipulate as follows:

　　　　1.　By previous order, the supervised release violation in case 1:15-CR-00231-JLT and the sentencing hearing in 1:24-CR-00067-NODJ-BAM was set for November 18, 2024.

　　　　2.　By this stipulation, the parties now move to continuing sentencing to January 13, 2025.

　　　　3.　The parties need additional time to research and consider the impact, if any, of *United States v. Duarte*, 101 F. 4th 657 (9th Cir. 2024), which is still pending a final decision of the en banc hearing.

//

//

4. No exclusion of time is required under the Speedy Trial Act as this matter involves a violation of supervised release and the defendant has not yet been arraigned on the information.

IT IS SO STIPULATED

Dated: November 12, 2024        PHILLIP A. TALBERT
                                United States Attorney


                                /s/ ANTONIO J. PATACA
                                ANTONIO J. PATACA
                                Assistant United States Attorney


Dated: November 12, 2024        /s/ JEFF HAMMERSCHMIDT
                                JEFF HAMMERSCHMIDT
                                Counsel for Defendant
                                MATTHEW MCKENRY


## ORDER

IT IS ORDERED that the sentencing hearings on 1:24-CR-00067-NODJ-BAM and 1:15-CR-00231-ADA-BAM be CONTINUED from November 18, 2024 to **January 13, 2025 at 8:30 a.m. in Courtroom 5 before the District Court Judge.**

IT IS SO ORDERED.

Dated:   **November 13, 2024**           /s/ Barbara A. McAuliffe
                                         UNITED STATES MAGISTRATE JUDGE